## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDEL FIGUEROA,<br>        Plaintiff,<br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, NEW YORK LIFE GROUP BENEFITS SOLUTIONS, LIFE INSURANCE COMPANY OF NORTH AMERICA, AND BRADFORD & BIGELOW, INC. GROUP POLICY<br>        Defendants. | Civil Action No. 23-cv-10782 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME all parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and hereby stipulate that this matter be dismissed with prejudice and without costs. Each party shall bear its own attorneys' fees and costs. All parties waive all rights of appeal.

Respectfully submitted,

| PLAINTIFF, | DEFENDANT, |
|---|---|
| FIDEL FIGUEROA, | LIFE INSURANCE COMPANY OF NORTH AMERICA, |
| /s/Socorra A. DeCelle<br>Socorra A. DeCelle, BBO No. 688197<br>Rosenfeld & Rafik, PC<br>184 High Street, Ste. 503<br>Boston, MA 02110<br>(617)723-7470, ext. 156<br>sad@rosenfeld.com | /s/Katherine R. Parsons<br>Katherine R. Parsons, BBO No. 657280<br>Crevier & Ryan, LLP<br>1500 Main Street, Suite 2316<br>Springfield, MA 01115-5727<br>(413) 787-2400<br>kparsons@crevierandryan.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on **September 26, 2023,** a copy of the foregoing **Stipulation of Dismissal** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                          /s/Katherine R. Parsons